# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>EDUARDO LOZADA(2),<br><br>               Defendant. | CASE NO. 11CR0138-W<br><br>**JUDGMENT OF DISMISSAL** |

**FILED**
FEB 21 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment:

     8USC1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens

     and Aiding and Abetting

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/21/12

                                               Thomas J. Whelan
                                               U.S. District Judge